1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

In Re:

8

LLS AMERICA, LLC,

9

Debtor,

10

BRUCE P. KRIEGMAN, solely in his
capacity as court-appointed Chapter 11
Trustee for LLS America, LLC,

11

12

Plaintiff,

13

v.

14

STAN COHEN,

15

Defendant.

16
17
18
19
20

NO:  CV-12-481-RMP

Bankr. Case No. 09-06194-PCW11

Adv. Proc. No. 11-80281-PCW11

ORDER GRANTING MOTION TO
VACATE DEFAULT ORDER AND
JUDGMENT AGAINST DEFENDANT

**THIS MATTER** is before the Court upon a Motion of Plaintiff for an Order

Vacating the Order of Default at ECF No. 6, Default Judgment at ECF No. 7, and

Judgment at ECF No. 8 against Defendant Stan Cohen, ECF No. 12, and it

appearing from review of the file and records of this Court in this cause that good

ORDER GRANTING MOTION TO VACATE DEFAULT ORDER AND
JUDGMENT AGAINST DEFENDANT ~ 1

1  cause exists, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's

2  Motion to Vacate, **ECF No. 12**, is **GRANTED**, and that the Order of Default,

3  **ECF No. 6**, and the Default Judgment, **ECF No. 7**, Judgment, **ECF No. 8**, entered

4  on October 31, 2012 in this case against Defendant Stan Cohen are **VACATED.**

5      **IT IS SO ORDERED**.

6      The District Court Clerk is hereby directed to enter this Order and to provide

7  copies to counsel, Defendant, and Judge Patricia C. Williams.

8      **DATED** this 17th day of September 2013.

9

10          *s/ Rosanna Malouf Peterson*

            ROSANNA MALOUF PETERSON

11          Chief United States District Court Judge

12

13

14

15

16

17

18

19

20

ORDER GRANTING MOTION TO VACATE DEFAULT ORDER AND
JUDGMENT AGAINST DEFENDANT ~ 2