UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                              Debtor,<br>―――――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>STAN COHEN,<br><br>                              Defendant. | NO:  CV-12-481-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br><br>Adv. Proc. No. 11-80281-PCW11<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

**BEFORE THE COURT** is a Notice of Dismissal filed in the bankruptcy court on March 22, 2013, BKC ECF No. 32, and filed in the district court on October 18, 2013, DC ECF No. 16.  Having reviewed the Notice and all relevant filings, the Court finds good cause to dismiss this case pursuant to the Settlement

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

Agreement entered into by the parties.  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's complaint is hereby dismissed **with prejudice** pursuant to the Settlement Agreement.

2. Any motions are denied as moot.

3. Any court dates are stricken.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel, Defendant, and to Judge Patricia C. Williams.

**DATED** this 18th day of October 2013.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge